895 P.2d 172

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| AIG Hawai‘i Ins. Co., Inc. v. Smith | 15297 | 4/11/95 | Denied | 891 P.2d 261 |
| Bateman Const., Inc. v. Haitsuka Brothers, Limited | 17745 | 2/24/95 | Denied | 889 P.2d 58 |
| Saranillio v. Silva | 17036 | 3/6/95 | Denied | 889 P.2d 685 |
| Weinberg v. Mauch | 16018 | 3/15/95 | Denied | 890 P.2d 277 |

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| State v. Miller | 16677 | 2/16/95 | Granted | 895 P.2d 172 |